■ JAMES A. LYNCH, JR., an Infant, by His Mother and Natural Guardian LENOTTE ARCHIBALD, Respondent, v GWENDOLYN LYNCH et al., Appellants. — Judgment of the Supreme Court, Kings County (Pino, J.), dated March 21, 1980, affirmed, with costs (see EPTL 4-1.2, subd [a], par [4]). Titone, J. P., Gibbons, Weinstein and Rubin, JJ., concur.